UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BERT YAKLIN, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. C-07-422 |
| | § § | |
| W-H ENERGY SERVICES, INC., *et al*, | § § § | |
| Defendants. | § | |

## **ORDER**

On this day came on to be considered Defendants W-H Energy Services, Inc., and Coil Tubing Service, LLC's Unopposed Motion For Extension of Time Within Which to Serve Response to Plaintiffs' Original Complaint.  (D.E. 5.)  Defendants' Motion is hereby DENIED. Defendants' Response to Plaintiffs' Original Complaint shall be served no later than November 29, 2007.

SIGNED and ORDERED this 27th day of November, 2007.

_____
Janis Graham Jack
United States District Judge