UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BERT YAKLIN, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. C-07-422 |
| | § | |
| W-H ENERGY SERVICES, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On June 17, 2008, the Court held a telephonic conference in the above-styled action and ordered as follows:

(1) Plaintiffs' Opposed Motion for Leave to File a Fourth Amended Complaint (D.E. 30) is hereby DENIED;

(2) Plaintiffs may file, no later than Wednesday, June 25, 2008, an amended complaint that (i) includes the named Plaintiffs' correct dates of employment, and (ii) specifies which of the named Plaintiffs worked exclusively within Texas and which of the named Plaintiffs worked outside of Texas;

(3) Plaintiffs must provide to Defendants, no later than Friday, June 27, 2008, documentation specifying which of the potential class members worked exclusively within Texas and which of the potential class members worked outside of Texas;

(4) Defendants may file with the Court, no later than Wednesday, July 2, 2008, any objections to Plaintiffs' amended complaint.

SIGNED and ORDERED this 17th day of June, 2008.

_____
Janis Graham Jack
United States District Judge