UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BERT YAKLIN, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. C-07-422 |
| W-H ENERGY SERVICES, INC., *et al*, | § § § | |
| Defendants. | § | |

## ORDER

On this day the Court held a telephone conference in the above-styled action and ordered as follows:

(1) The parties have reached a proposed settlement agreement regarding the claims of all of the named and opt-in Plaintiffs except Plaintiff Yaklin;

(2) The parties shall jointly file, no later than Friday, August 15, 2008, a brief addressing the fairness of the proposed settlement agreement;

(3) A hearing regarding the fairness of the proposed settlement agreement shall take place on Monday, September 8, 2008 at 3:00 PM; and

(4) The August 15, 2008 deadline for (i) filing dispositive motions with respect the claims of the named and opt-in Plaintiffs involved in the proposed settlement agreement, and (ii) filing a motion to decertify the class are hereby stayed pending further order of the Court. The August 15, 2008 dispositive motion deadline remains in effect with respect to Plaintiff Yaklin.

SIGNED and ORDERED this 31st day of July, 2008.

_____
Janis Graham Jack
United States District Judge