UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BERT YAKLIN, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. C-07-422 |
| | § | |
| W-H ENERGY SERVICES, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On this day the Court held a hearing in the above-styled action, regarding the fairness of

the parties' agreement settling Plaintiff Bert Yaklin's Fair Labor Standards Act claims, and

ordered as follows:

(1)    Second Joint Motion for Approval of Settlement of Plaintiff Bert Yaklin's
Individual Claim is hereby GRANTED; and

(2)    Second Unopposed Motion for Attorney's Fees as to Plaintiff Bert Yaklin's
Claim is hereby GRANTED.

SIGNED and ORDERED this 13th day of January, 2009.

_____
Janis Graham Jack
United States District Judge